[No. 69113-9-I.   Division One.   April 29, 2013.]

*In the Matter of the Dependency of* J.P.W.

KARREN WALBERG, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 12-7-00375-7, Michael T. Downes, J., entered June 21, 2012. *Affirmed* by unpublished opinion per Leach, C.J., concurred in by Becker and Cox, JJ.

[No. 69861-3-I.   Division One.   April 29, 2013.]

ROSS MCWAID ET AL., *Respondents*, v. VINCENT A. DHANENS ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Thurston County, No. 10-2-01370-6, Wm. Thomas McPhee, J., entered November 18, 2011. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Leach, C.J., and Grosse, J.

[No. 69862-1-I.   Division One.   April 29, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. VONDA VALISA PRITCHARD, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 10-1-00387-7, Kenneth D. Williams, J., entered November 8, 2011. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Spearman, A.C.J., and Becker, J.

[No. 69866-4-I.   Division One.   April 29, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. PHILIP JOSE GONZALEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 11-1-00144-2, David L. Edwards, J., entered September 12, 2011. *Affirmed* by unpublished opinion per Lau, J., concurred in by Becker and Schindler, JJ.